1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JODEE CHAVELL GARRETT, SR.,

Plaintiff,

v.

CORRECTIONAL OFFICER GRANT, et al.,

Defendants.

Case No. 2:18-cv-02137-PSG-JC

ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

The Court has conducted the review required by 28 U.S.C. § 636 and accepts the findings, conclusions and recommendation of the Magistrate Judge reflected in the January 13, 2021 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), including the Magistrate Judge's December 3, 2020 Order ("December Order") which has been incorporated therein by reference.

THE COURT HEREBY FINDS AND ORDERS:

1.     This Court's July 18, 2018 Order ("July Order") (Docket No. 7) and the Magistrate Judge's December Order (Docket No. 12) adequately and properly notified plaintiff of the deficiencies in the Complaint and the First Amended Complaint and afforded plaintiff an opportunity to amend effectively.  The Court

agrees with and adopts the December Order and finds that this Court properly dismissed the Complaint and the Magistrate Judge properly dismissed the First Amended Complaint with leave to amend for the reasons discussed in the July and December Orders.

2.      For the reasons explained in the July and December Orders, the Complaint and First Amended Complaint fail to state a claim for relief against any defendant.  The Court deems plaintiff's failure to file any response to the December Order plaintiff's admission that amendment of the First Amended Complaint is futile.  The Court dismisses this action based upon plaintiff's failure to state a claim.

3.      Having considered the public's interest in expeditious resolution of litigation, the Court's need to manage its docket, the risk of prejudice to defendants, the public policy favoring disposition of cases on their merits, and the availability of less drastic alternatives, the Court finds that such factors weigh in favor of dismissing this action based upon plaintiff's failure to comply with the December Order and his failure to prosecute and dismisses this action on such bases.

4.      The Clerk shall serve copies of this Order and the Judgment herein on plaintiff and any counsel of record for defendants.

IT IS SO ORDERED.


DATED:  ___February 24, 2021_____


_____
HONORABLE PHILIP S. GUTIERREZ
CHIEF UNITED STATES DISTRICT JUDGE

2