UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODEE CHAVELL GARRETT, SR., <br><br> Plaintiff, <br><br> v. <br><br> CORRECTIONAL OFFICER GRANT, et al., <br><br> Defendants. | Case No. 2:18-cv-02137-PSG-JC <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that Judgment be entered dismissing this action.

IT IS SO ADJUDGED.

DATED: __February 24, 2021_____

_____
HONORABLE PHILIP S. GUTIERREZ
CHIEF UNITED STATES DISTRICT JUDGE